IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| **SLAVA VAYSMAN,** | ) | Case No. 23-11676 |
| | ) | |
| Debtor(s). | ) | Judge Cox |

## NOTICE OF MOTION

TO:   Richard N. Golding - Service via CM/ECF
Patrick S. Layng – Service via CM/ECF
Ariane Holtschlag, Chapter 7 Trustee - Service via CM/ECF
Slava Vaysman, 3802 Provenance Way, Northbrook, IL 60062 – Service by First Class U. S. Mail

**PLEASE TAKE NOTICE** that on November 28th, 2023 at 1:00 pm, the undersigned shall appear before the Honorable Judge Jacqeline P. Cox, **either** in courtroom 680 of the United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the Creditor's Motion To Extend Date To File Objection To Discharge And Complaint To Determine Dischargeability, a copy of which is attached.
**Important:  Only parties and their counsel may appear for presentation of the motion electronically using Zoom for Government.  All others must appear in person.**
**To appear by Zoom using the internet**, go to this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.
**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.
**Meeting ID and password.**  The meeting ID for this hearing is 273 2896 and the password is 778135.  The meeting ID and password can also be found on the Judge's page on the court's website.
**IF YOU OBJECT TO THIS MOTION** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the Motion in advance without a hearing.

**Respectfully submitted,**


By:   _/s/Joseph E. Cohen_

## CERTIFICATE OF SERVICE

JOSEPH E. COHEN certifies that he caused to be served a true copy of the above and foregoing notice and attached pleadings upon the attached service list by CM/ECF or other means, as indicated, on November 21, 2023.

/s/   JOSEPH E. COHEN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| **SLAVA VAYSMAN,** | ) | Case No. 23-11676 |
| | ) | |
| Debtor(s). | ) | Judge Cox |

**CREDITOR'S MOTION TO EXTEND DATE TO FILE OBJECTION TO DISCHARGE AND COMPLAINT TO DETERMINE DISCHARGEABILITY**

TO THE HONORABLE **JACQUELINE P. COX**, BANKRUPTCY JUDGE

Now comes Zhannah Vaysman, Creditor herein ("Creditor"), by and through Joseph E. Cohen of Cohen & Krol and respectfully represents unto this Honorable Court as follows:

1. That the above-named Debtor filed his Chapter 7 on September 1, 2023.

2. Zhannah Vaysman is the former partner of the Debtor and the mother of the Debtor's children. Ms. Vayman co-signed a mortgage with the Debtor and is listed as a Co-Debtor. Ms. Vayman also has a DSO claim against the Debtor and is currently receiving $1,000.00 per month for child support.

3. That the meeting of creditors in this case was held on October 2, 2023 and was attended by the undersigned attorney.

4. At that meeting of creditors counsel for Ms. Vaysman asked for copies of certain bank statements which have not yet been provided by the Debtor.

5. The last date for creditors and other parties to file Objections to Discharge pursuant to Section 727 of the Bankruptcy Code or Section 523 complaints is December 1, 2023.

6. Ms. Vaysman is also filing a Motion for Rule 2004 examination of the Debtor which will also request additional documents to be produced by the Debtor.

7. Section 727 and 523 complaints must ordinarily be filed within 60 days after the first date set for the meeting of creditors under § 341(a). Bankruptcy Rules 1017(e)(1), 4004(a). However, as long as a motion is made to extend that deadline before that deadline has passed, an extension can be granted for cause. Rules 1017(e)(1), 4004(b).

8. That the Creditor is requesting an extension of time to March 1, 2024 to determine if a Section 727 Objection to Discharge or Section 523 complaint relief is warranted.

**WHEREFORE**, Zhannah Vaysman, Creditor herein, prays for the entry of an Order extending the last day to file objections to discharge pursuant to 11 U.S.C. § 727 and complaints to determine dischargeability pursuant to 11 U.S.C. § 523 through and including March 1, 2024 and for such other and further relief as the Court shall deem proper.

| | |
|---|---|
| JOSEPH E. COHEN<br>GINA B. KROL<br>COHEN & KROL<br>105 West Madison St.,<br>Suite 1100<br>Chicago, IL 60602<br>312-368-0300 | Zhannah Vaysman,<br><br><br>/s/ Joseph E. Cohen<br>Attorney for Creditor |